UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:22-cv-00184

GAREY C. GOMEZ,

    Plaintiff,

v.

HOMEANGEL, LLC DBA LNC HOME,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel, brings this Complaint against Defendant HOMEANGEL, LLC DBA LNC HOME for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff GAREY C. GOMEZ ("Gomez") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Gomez's original copyrighted Work of authorship.

2. Gomez is a professional photographer from Atlanta, Georgia who works with architects, interior designers, construction firms and

homebuilders to create beautiful portfolio imagery to showcase their work. He is a speaker and educator in the world of architectural photography, and is the 2019 PFRE Photographer of the Year. Gomez was published in the ArchDaily, Architizer, Curbed, Dezeen, Dwell, Fine Homebuilding, and The Architect's Newspaper. Gomez values collaboration with designers and artists who are passionate about their work to create a gorgeous portfolio that tells the story of their project, who they are, and what their brand is about.

3. Defendant HOMEANGEL, LLC DBA LNC HOME ("LNC") is a furniture and home product manufacturer and retailer. At all times relevant herein, LNC owned and operated the internet website located at the URL https://lnchome.com (the "Website").

Gomez alleges that LNC copied Gomez's copyrighted Work from the internet in order to advertise, market and promote its business activities. LNC committed the violations alleged in connection with LNC's business for purposes of advertising and promoting sales to the public in the course and scope of the LNC's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Homeangel, LLC dba LNC Home is a Florida Limited Liability Company, with its principal place of business at 122 Hamilton Drive, Unit 1H1, Tallahassee, FL 32304, and can be served by serving its Registered Agent, Changzheng Tan, 122 Hamilton Park Drive, Unit 1H1, Tallahassee, FL 32304.

## THE COPYRIGHTED WORK AT ISSUE

In 2017, Gomez created the photograph entitled "20170705.20170705-719 Mollie St-10-Edit", which is shown below and referred to herein as the "Work".



Gomez registered the Work with the Register of Copyrights on February 26, 2020 and was assigned the registration number VA 2-198-256.  The Certificate of Registration is attached hereto as Exhibit 1.

Gomez's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Gomez was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. LNC has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, LNC copied the Work.

16. On or about October 18, 2021, Gomez discovered the unauthorized use of his Work on the Website.

17. LNC copied Gomez's copyrighted Work without Gomez's permission.

18. After LNC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its home product and furniture business.

19. LNC copied and distributed Gomez's copyrighted Work in connection with LNC's business for purposes of advertising and promoting LNC's business, and in the course and scope of advertising and selling products and services.

20. Gomez's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. LNC committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Gomez never gave LNC permission or authority to copy, distribute or display the Work at issue in this case.

23. Gomez notified LNC of the allegations set forth herein on January 12, 2022. To date, LNC has failed to respond to Plaintiff's Notices. A Copy of the Notice to LNC is attached hereto as Exhibit 3.

## COPYRIGHT INFRINGEMENT

24. Gomez incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Gomez owns a valid copyright in the Work at issue in this case.

26. Gomez registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. LNC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Gomez's authorization in violation of 17 U.S.C. § 501.

28. LNC performed the acts alleged in the course and scope of its business activities.

29. LNC's acts were willful.

30. Gomez has been damaged.

31. The harm caused to Gomez has been irreparable.

WHEREFORE, the Plaintiff Garey C. Gomez prays for judgment against the Defendant Homeangel, LLC dba LNC Home that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and LNC's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: May 12, 2022                 Respectfully submitted,

/s Layla T. Nguyen
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322

craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Garey C. Gomez*