# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-198-256**
**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
April 01, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 24, 2017 to July 05, 2017

**Title** _____

|  |  |
|---|---|
| **Title of Group:** | 2017 - 1 |
| **Number of Photographs in Group:** | 750 |
| • **Individual Photographs:** | 20170124.20170124-1038 E.Rock_Springs-7.jpg,20170124.20170124-1038 E.Rock_Springs-8.jpg,20170124.20170124-1038 E.Rock_Springs-12.jpg,20170124.20170124-1038 E.Rock_Springs-13-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-27-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-34-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-37-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-42-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-47.jpg,20170124.20170124-1038 E.Rock_Springs-53.jpg,20170124.20170124-1038 E.Rock_Springs-57-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-67-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-79.jpg,20170124.20170124-1038 E.Rock_Springs-102-Edit-2.jpg,20170124.20170124-1038 E.Rock_Springs-102-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-111-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-123.jpg,20170124.20170124-1038 E.Rock_Springs-125-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-131-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-143.jpg,20170124.20170124-1038 E.Rock_Springs-145.jpg,20170124.20170124-1038 E.Rock_Springs-149.jpg,20170124.20170124-1038 E.Rock_Springs-152-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-162-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-168.jpg,20170124.20170124-1038 E.Rock_Springs-169-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-175.jpg,20170124.20170124-1038 E.Rock_Springs-178-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-184-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-191-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-196.jpg,20170124.20170124-1038 E.Rock_Springs-197-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-205.jpg,20170124.20170124-1038 E.Rock_Springs-210-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs- |

|  |  |
|---|---|
|  | 229.jpg,20170124.20170124-1038 E.Rock_Springs-233-Edit-2-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-233-Edit-2-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-244.jpg,20170124.20170124-1038 E.Rock_Springs-248.jpg |
| **Published:** | January 2017 |
| • **Individual Photographs:** | 20170124.20170124-1038 E.Rock_Springs-250.jpg,20170124.20170124-1038 E.Rock_Springs-254.jpg,20170124.20170124-1038 E.Rock_Springs-255.jpg,20170124.20170124-1038 E.Rock_Springs-256.jpg,20170130.20170130-1086_Kirkwood_Ave-101-Edit-Edit-Edit.jpg,20170130.20170130-1086_Kirkwood_Ave-101-Edit-Edit.jpg,20170130.20170130-1086_Kirkwood_Ave-121-Edit-Edit.jpg, |
| **Published:** | January 2017 |
| • **Individual Photographs:** | 20170201.20170201-untitled-112-Edit-Edit.jpg,20170201.20170201-untitled-126-Edit.jpg,20170201.20170201-untitled-145-Edit-Edit.jpg,20170201.20170201-untitled-213-Edit.jpg,20170201.20170201-untitled-225-Edit.jpg,20170201.20170201-untitled-235-Edit.jpg,20170201.20170201-untitled-263-Edit.jpg,20170201.Lamp_Fix-3.jpg,20170203.20170203-1075 Briar Vista Terrace-84.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit-2.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-103.jpg,20170203.20170203-1075 Briar Vista Terrace-111-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-116-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-128-Edit-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-133.jpg,20170203.20170203-1075 Briar Vista Terrace-143.jpg,20170203.20170203-1075 Briar Vista Terrace-144.jpg,20170203.20170203-1075 Briar Vista Terrace-148-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-161-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-173.jpg,20170203.20170203-1075 Briar Vista Terrace-179.jpg,20170203.20170203-1075 Briar Vista Terrace-185.jpg,20170203.20170203-1075 Briar Vista Terrace-192.jpg,20170206.20170206-1080 Mercer St-83.jpg,20170206.20170206-1080 Mercer St-87.jpg,20170206.20170206-1080 Mercer St-95-Edit.jpg,20170206.20170206-1080 Mercer St-99-Edit.jpg,20170206.20170206-1080 Mercer St-110-Edit.jpg,20170206.20170206-1080 Mercer St-118-Edit.jpg,20170206.20170206-1080 Mercer St-128.jpg,20170206.20170206-1080 Mercer St-129-Edit.jpg,20170206.20170206-1080 Mercer St-146.jpg,20170206.20170206-1080 Mercer St-152.jpg,20170206.20170206-1080 Mercer St-165-Edit.jpg,20170206.20170206-1080 Mercer St-171-Edit.jpg,20170206.20170206-1080 Mercer St-178-Edit-Edit.jpg,20170206.20170206-1080 Mercer St-208.jpg,20170206.20170206-1080 Mercer St-210-Edit-Edit.jpg,20170206.20170206-1080 Mercer St-225-Edit.jpg,20170206.20170206-1080 Mercer St-236.jpg |
| **Published:** | February 2017 |
| • **Individual Photographs:** | 20170206.20170206-1080 Mercer St-241.jpg,20170207.20170207-943 N. Ormewood Park-87.jpg,20170207.20170207-943 N. Ormewood Park-95.jpg,20170207.20170207-943 N. Ormewood Park-101.jpg,20170207.20170207-943 N. Ormewood Park-102.jpg,20170207.20170207-943 N. Ormewood Park-112.jpg,20170207.20170207-943 N. Ormewood Park-115.jpg,20170207.20170207-943 N. Ormewood Park- |

|                              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|------------------------------|---|
|                              | 118.jpg,20170207.20170207-943 N. Ormewood Park-131.jpg,20170207.20170207-943 N. Ormewood Park-135-Edit-Edit.jpg,20170207.20170207-943 N. Ormewood Park-135-Edit.jpg,20170207.20170207-943 N. Ormewood Park-143.jpg,20170207.20170207-943 N. Ormewood Park-145-Edit-Edit.jpg,20170207.20170207-943 N. Ormewood Park-158.jpg,20170207.20170207-943 N. Ormewood Park-163.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-Edit-2.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-Edit-3.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-Edit.jpg,20170210.20170210-1010_Midtown_1510-101-Edit.jpg,20170210.20170210-1010_Midtown_1510-134.jpg,20170210.20170210-1010_Midtown_1510-152.jpg,20170210.20170210-1010_Midtown_1510-159-Edit.jpg,20170210.20170210-1010_Midtown_1510-171-Edit.jpg,20170210.20170210-1010_Midtown_1510-195.jpg,20170210.20170210-1010_Midtown_1510-216.jpg,20170210.20170210-1010_Midtown_1510-219-Edit.jpg,20170210.20170210-1010_Midtown_1510-232.jpg,20170210.20170210-1010_Midtown_1510-239.jpg,20170210.20170210-1010_Midtown_1510-241-Edit.jpg,20170210.20170210-1010_Midtown_1510-259-Edit.jpg,20170210.20170210-1010_Midtown_1510-267.jpg,20170210.20170210-1010_Midtown_1510-273.jpg,20170210.20170210-1010_Midtown_1510-275-Edit.jpg,20170210.20170210-1010_Midtown_1510-275.jpg,20170213.20170213-198 Ponce de Leon D7-84.jpg,20170213.20170213-198 Ponce de Leon D7-91.jpg,20170213.20170213-198 Ponce de Leon D7-101.jpg,20170213.20170213-198 Ponce de Leon D7-111.jpg,20170213.20170213-198 Ponce de Leon D7-114.jpg,20170213.20170213-198 Ponce de Leon D7-119-Edit.jpg,20170213.20170213-198 Ponce de Leon D7-145-Edit.jpg |
| **Published:**               | February 2017 |
| • **Individual Photographs:** | 20170213.20170213-198 Ponce de Leon D7-155-Edit.jpg,20170213.20170213-198 Ponce de Leon D7-168-Edit.jpg,20170213.20170213-198 Ponce de Leon D7-170.jpg,20170213.20170213-198 Ponce de Leon D7-172.jpg,20170213.20170213-198 Ponce de Leon D7-178.jpg,20170213.20170213-198 Ponce de Leon D7-189-Edit.jpg,20170213.20170213-198 Ponce de Leon D7-199.jpg,20170213.20170213-198 Ponce de Leon D7-208.jpg,20170214.20170214-176 Rockyford Rd-88-Edit.jpg,20170214.20170214-176 Rockyford Rd-99.jpg,20170214.20170214-176 Rockyford Rd-126.jpg,20170214.20170214-176 Rockyford Rd-136.jpg,20170214.20170214-176 Rockyford Rd-141.jpg,20170214.20170214-176 Rockyford Rd-142.jpg,20170214.20170214-176 Rockyford Rd-151.jpg,20170214.20170214-176 Rockyford Rd-163.jpg,20170214.20170214-176 Rockyford Rd-167.jpg,20170214.20170214-176 Rockyford Rd-172.jpg,20170214.20170214-176 Rockyford Rd-182.jpg,20170214.20170214-176 Rockyford Rd-186.jpg,20170214.20170214-176 Rockyford Rd-197.jpg,20170214.20170214-176 Rockyford Rd-201.jpg,20170214.20170214-176 Rockyford Rd-204.jpg,20170228.20170228-768 Kirkwood Ave-118-Edit.jpg,20170228.20170228-768 Kirkwood Ave-123.jpg,20170228.20170228-768 Kirkwood Ave-135.jpg,20170228.20170228-768 Kirkwood Ave-152.jpg,20170228.20170228-768 Kirkwood Ave-185.jpg,20170228.20170228-768 Kirkwood Ave-202.jpg,20170228.20170228- |

768 Kirkwood Ave-221.jpg,20170228.20170228-768 Kirkwood Ave-280.jpg,20170228.20170228-768 Kirkwood Ave-310.jpg,20170228.20170228-768 Kirkwood Ave-325.jpg,20170228.20170228-768 Kirkwood Ave-411.jpg,20170228.20170228-768 Kirkwood Ave-425.jpg,20170228.20170228-768 Kirkwood Ave-444-Edit.jpg,20170228.20170228-768 Kirkwood Ave-444.jpg,20170228.20170228-768 Kirkwood Ave-449.jpg,20170228.20170228-768 Kirkwood Ave-457.jpg,20170228.20170228-768 Kirkwood Ave-487-Edit-2.jpg,

**Published:** February 2017

- **Individual Photographs:** 20170303.20170303-619_Fortune_Place-99-Edit-2-Edit-Edit.jpg,20170303.20170303-619_Fortune_Place-99-Edit-2-Edit.jpg,20170303.20170303-619_Fortune_Place-216.jpg,20170303.20170303-619_Fortune_Place-343.jpg,20170303.20170303-619_Fortune_Place-348.jpg,20170303.20170303-619_Fortune_Place-352-Edit.jpg,20170303.20170303-619_Fortune_Place-413-Edit-2.jpg,20170303.20170303-619_Fortune_Place-413-Edit.jpg,20170303.20170303-619_Fortune_Place-445-Edit-Edit-Edit-Edit.jpg,20170303.20170303-619_Fortune_Place-591.jpg,20170303.20170303-619_Fortune_Place-604.jpg,20170304.20170304-619_Fortune_Place-382-Edit.jpg,20170304.20170304-619_Fortune_Place-433-Edit.jpg,20170304.20170304-619_Fortune_Place-486.jpg,20170304.20170304-619_Fortune_Place-507-Edit.jpg,20170304.20170304-619_Fortune_Place-507.jpg,20170304.20170304-619_Fortune_Place-532-Edit.jpg,20170304.20170304-619_Fortune_Place-537-Edit-Edit-2-Edit.jpg,20170304.20170304-619_Fortune_Place-599-Edit.jpg,20170304.20170304-619_Fortune_Place-599.jpg,20170304.20170304-619_Fortune_Place-657-Edit.jpg,20170304.20170304-619_Fortune_Place-659.jpg,20170304.20170304-619_Fortune_Place-695-Edit.jpg,20170304.20170304-619_Fortune_Place-760.jpg,20170317.20170317-132 Howard Ave Twilight-108-Edit.jpg,20170317.20170317-132 Howard Ave Twilight-132-Edit-Edit.jpg,20170317.20170317-132 Howard Ave-105.jpg,20170317.20170317-132 Howard Ave-117.jpg,20170317.20170317-132 Howard Ave-131.jpg,20170317.20170317-132 Howard Ave-151.jpg,20170317.20170317-132 Howard Ave-163-Edit.jpg,20170317.20170317-132 Howard Ave-200.jpg,20170317.20170317-132 Howard Ave-221.jpg,20170317.20170317-132 Howard Ave-231.jpg,20170317.20170317-132 Howard Ave-276-Edit.jpg,20170317.20170317-132 Howard Ave-316.jpg,20170317.20170317-132 Howard Ave-327.jpg,20170317.20170317-132 Howard Ave-367.jpg,20170317.20170317-132 Howard Ave-387.jpg,20170317.20170317-132 Howard Ave-392.jpg,20170317.20170317-132 Howard Ave-436.jpg,20170317.20170317-132 Howard Ave-458-Edit.jpg

**Published:** March 2017

- **Individual Photographs:** 20170317.20170317-132 Howard Ave-509.jpg,20170317.20170317-132 Howard Ave-562.jpg,20170317.20170317-132 Howard Ave-568.jpg,20170317.20170317-132 Howard Ave-598-Edit.jpg,20170317.20170317-132 Howard Ave-602-Edit.jpg,20170317.20170317-132 Howard Ave-630-Edit.jpg,20170317.20170317-132 Howard Ave-672-Edit.jpg,20170317.20170317-132 Howard Ave-715.jpg,20170317.20170317-132 Howard Ave-763-Edit.jpg,20170317.20170317-132 Howard Ave-796-Edit.jpg,20170317.20170317-132 Howard Ave-805-Edit.jpg,20170317.20170317-132 Howard Ave-844-Edit.jpg,20170317.20170317-132 Howard Ave-873.jpg,20170317.20170317-

|  |  |
|---|---|
|  | 132 Howard Ave-880.jpg,20170317.20170317-132 Howard Ave-889.jpg,20170324.20170324-1739 Fairway Hill Dr-95.jpg,20170324.20170324-1739 Fairway Hill Dr-104.jpg,20170324.20170324-1739 Fairway Hill Dr-110.jpg,20170324.20170324-1739 Fairway Hill Dr-117.jpg,20170324.20170324-1739 Fairway Hill Dr-129.jpg,20170324.20170324-1739 Fairway Hill Dr-171-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-193-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-207-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-224-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-265.jpg,20170324.20170324-1739 Fairway Hill Dr-290.jpg,20170324.20170324-1739 Fairway Hill Dr-310.jpg,20170324.20170324-1739 Fairway Hill Dr-312.jpg,20170324.20170324-1739 Fairway Hill Dr-324.jpg,20170324.20170324-1739 Fairway Hill Dr-331.jpg,20170324.20170324-1739 Fairway Hill Dr-338.jpg,20170324.20170324-1739 Fairway Hill Dr-355.jpg,20170324.20170324-1739 Fairway Hill Dr-372.jpg,20170324.20170324-1739 Fairway Hill Dr-395.jpg,20170324.20170324-1739 Fairway Hill Dr-399.jpg, |
| **Published:** | March 2017 |
| • **Individual Photographs:** | 20170405.20170405-1070 Kirkwood Ave-157-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-207-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-336-Edit-Edit-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-386-Edit-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-456.jpg,20170405.20170405-1070 Kirkwood Ave-488.jpg,20170405.20170405-1070 Kirkwood Ave-507-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-507.jpg,20170405.20170405-1070 Kirkwood Ave-549-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-550-Edit-Edit-Edit-2.jpg,20170405.20170405-1070 Kirkwood Ave-550-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-565.jpg,20170405.20170405-1070 Kirkwood Ave-573-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-573-Edit.jpg,20170406.20170406-520 Muse Street-93.jpg,20170406.20170406-520 Muse Street-111.jpg,20170406.20170406-520 Muse Street-118.jpg,20170406.20170406-520 Muse Street-133-Edit.jpg,20170406.20170406-520 Muse Street-146.jpg,20170406.20170406-520 Muse Street-149.jpg,20170406.20170406-520 Muse Street-161-Edit.jpg,20170406.20170406-520 Muse Street-185.jpg,20170406.20170406-520 Muse Street-190.jpg,20170406.20170406-520 Muse Street-217.jpg,20170406.20170406-520 Muse Street-230.jpg,20170406.20170406-520 Muse Street-251.jpg,20170406.20170406-520 Muse Street-269.jpg,20170406.20170406-520 Muse Street-284.jpg,20170406.20170406-520 Muse Street-304.jpg,20170406.20170406-520 Muse Street-326.jpg,20170406.20170406-520 Muse Street-346.jpg,20170418.20170418-500 Peachtree Street-99.jpg,20170418.20170418-500 Peachtree Street-113.jpg,20170418.20170418-500 Peachtree Street-135.jpg,20170418.20170418-500 Peachtree Street-147.jpg,20170418.20170418-500 Peachtree Street-177-Edit.jpg,20170418.20170418-500 Peachtree Street-213-Edit.jpg,20170418.20170418-500 Peachtree Street-249.jpg,20170418.20170418-500 Peachtree Street-281.jpg,20170418.20170418-500 Peachtree Street-292.jpg,20170418.20170418-500 Peachtree Street-307.jpg,20170418.20170418-500 Peachtree Street-337.jpg, |

|  |  |
|---|---|
| **Published:** | April 2017 |
| • **Individual Photographs:** | 20170418.20170418-500 Peachtree Street-361-Edit.jpg,20170418.20170418-500 Peachtree Street-398.jpg,20170418.20170418-500 Peachtree Street-403.jpg,20170418.20170418-500 Peachtree Street-410.jpg,20170419.20170419-1054 Boulevard Dr-136-Edit.jpg,20170421.20170421-403 8th Street-109-Edit-2-2.jpg,20170421.20170421-403 8th Street-109-Edit-2.jpg,20170421.20170421-1054 Boulevard-94.jpg,20170421.20170421-1054 Boulevard-114.jpg,20170421.20170421-1054 Boulevard-123.jpg,20170421.20170421-1054 Boulevard-130.jpg,20170421.20170421-1054 Boulevard-135.jpg,20170421.20170421-1054 Boulevard-149.jpg,20170421.20170421-1054 Boulevard-156.jpg,20170421.20170421-1054 Boulevard-176.jpg,20170421.20170421-1054 Boulevard-198.jpg,20170421.20170421-1054 Boulevard-204.jpg,20170421.20170421-1054 Boulevard-217.jpg,20170421.20170421-1054 Boulevard-269.jpg,20170421.20170421-1054 Boulevard-281-Edit.jpg,20170421.20170421-1054 Boulevard-292.jpg,20170421.20170421-1054 Boulevard-319.jpg,20170421.20170421-1054 Boulevard-339.jpg,20170421.20170421-1054 Boulevard-424-Edit-Edit-Edit.jpg,20170421.20170421-1054 Boulevard-459-Edit.jpg,20170421.20170421-1054 Boulevard-483-Edit.jpg,20170421.20170421-1054 Boulevard-519-Edit-Edit.jpg,20170421.20170421-1054 Boulevard-525.jpg,20170421.20170421-1054 Boulevard-534.jpg,20170421.20170421-1054 Boulevard-544.jpg,20170421.20170421-1054 Boulevard-548.jpg,20170421.Untitled1-Edit.jpg,20170426.20170426-397 Armour Drive-101.jpg,20170426.20170426-397 Armour Drive-111.jpg,20170426.20170426-397 Armour Drive-119.jpg,20170426.20170426-397 Armour Drive-127.jpg,20170426.20170426-397 Armour Drive-147.jpg,20170426.20170426-397 Armour Drive-157.jpg,20170426.20170426-397 Armour Drive-163.jpg,20170426.20170426-397 Armour Drive-169.jpg,20170426.20170426-397 Armour Drive-177.jpg,20170426.20170426-397 Armour Drive-189.jpg,20170426.20170426-397 Armour Drive-191.jpg,20170426.20170426-397 Armour Drive-197.jpg,20170426.20170426-397 Armour Drive-211.jpg,20170426.20170426-397 Armour Drive-229.jpg |
| **Published:** | April 2017 |
| • **Individual Photographs:** | 20170428.20170428-876 Market Way-85.jpg,20170428.20170428-876 Market Way-95.jpg,20170428.20170428-876 Market Way-113.jpg,20170428.20170428-876 Market Way-153.jpg,20170428.20170428-876 Market Way-159.jpg,20170428.20170428-876 Market Way-179.jpg,20170428.20170428-876 Market Way-193.jpg,20170428.20170428-876 Market Way-207.jpg,20170428.20170428-876 Market Way-243.jpg,20170428.20170428-876 Market Way-251.jpg,20170428.20170428-876 Market Way-259.jpg,20170428.20170428-876 Market Way-265.jpg,20170428.20170428-876 Market Way-287.jpg,20170428.20170428-876 Market Way-299-Edit.jpg,20170428.20170428-876 Market Way-353.jpg,20170428.20170428-876 Market Way-377.jpg,20170428.20170428-876 Market Way-421-Edit.jpg,20170428.20170428-876 Market Way-431.jpg,20170428.20170428-876 Market Way-439.jpg, |
| **Published:** | April 2017 |
| • **Individual Photographs:** | 20170502.20170502-2534 East Woodland Circle-83.jpg,20170502.20170502-2534 East Woodland Circle-85.jpg,20170502.20170502-2534 East Woodland Circle-89.jpg,20170502.20170502-2534 East Woodland Circle-99.jpg,20170502.20170502-2534 East Woodland Circle-111.jpg,20170502.20170502-2534 East Woodland Circle-119.jpg,20170502.20170502-2534 East Woodland Circle- |

127.jpg,20170502.20170502-2534 East Woodland Circle-129.jpg,20170502.20170502-2534 East Woodland Circle-147.jpg,20170502.20170502-2534 East Woodland Circle-155.jpg,20170502.20170502-2534 East Woodland Circle-163.jpg,20170502.20170502-2534 East Woodland Circle-167.jpg,20170502.20170502-2534 East Woodland Circle-175.jpg,20170502.20170502-2534 East Woodland Circle-183.jpg,20170502.20170502-2534 East Woodland Circle-187.jpg,20170503.20170503-1936 Hallman St-83.jpg,20170503.20170503-1936 Hallman St-87.jpg,20170503.20170503-1936 Hallman St-99.jpg,20170503.20170503-1936 Hallman St-137.jpg,20170503.20170503-1936 Hallman St-145.jpg,20170503.20170503-1936 Hallman St-149.jpg,20170503.20170503-1936 Hallman St-159.jpg,20170503.20170503-1936 Hallman St-167.jpg,20170503.20170503-1936 Hallman St-181.jpg,20170503.20170503-1936 Hallman St-191.jpg,20170503.20170503-1936 Hallman St-197.jpg,20170503.20170503-1936 Hallman St-209.jpg,20170503.20170503-1936 Hallman St-219.jpg,20170503.20170503-1936 Hallman St-259.jpg,20170503.20170503-1936 Hallman St-263.jpg,20170503.20170503-1936 Hallman St-277.jpg,20170503.20170503-1936 Hallman St-279.jpg,20170503.20170503-1936 Hallman St-289.jpg,20170503.20170503-1936 Hallman St-297.jpg,20170503.20170503-1936 Hallman St-301.jpg,20170505.20170505-983 Kirkwood Ave-87.jpg,20170505.20170505-983 Kirkwood Ave-97-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-97-Edit.jpg,20170505.20170505-983 Kirkwood Ave-127.jpg,20170505.20170505-983 Kirkwood Ave-145-Edit.jpg,20170505.20170505-983 Kirkwood Ave-157-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-157-Edit.jpg,20170505.20170505-983 Kirkwood Ave-191.jpg

**Published:** May 2017

- **Individual Photographs:** 20170505.20170505-983 Kirkwood Ave-207-Edit.jpg,20170505.20170505-983 Kirkwood Ave-249.jpg,20170505.20170505-983 Kirkwood Ave-311-Edit.jpg,20170505.20170505-983 Kirkwood Ave-371-Edit-2.jpg,20170505.20170505-983 Kirkwood Ave-371-Edit.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit-2.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit.jpg,20170505.20170505-983 Kirkwood Ave-455.jpg,20170505.20170505-983 Kirkwood Ave-471.jpg,20170505.20170505-983 Kirkwood Ave-489.jpg,20170505.20170505-983 Kirkwood Ave-495.jpg,20170505.20170505-983 Kirkwood Ave-507.jpg,20170510.20170510-422 Glen Iris-123-Edit-2-Edit-2-2.jpg,20170510.20170510-422 Glen Iris-123-Edit-2-Edit-2.jpg,20170510.20170510-422 Glen Iris-123-Edit-2.jpg,20170510.20170510-422 Glen Iris-161-Edit.jpg,20170510.20170510-422 Glen Iris-211-Edit-2-Edit.jpg,20170510.20170510-422 Glen Iris-237-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-263-Edit.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit-Edit-2.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-297-Edit.jpg,20170510.20170510-422 Glen Iris-307-Edit.jpg,20170510.20170510-422 Glen Iris-307.jpg,20170510.20170510-422 Glen Iris-309.jpg,20170510.20170510-422 Glen Iris-329.jpg,20170510.20170510-422 Glen Iris-353-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-397-Edit-Edit-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-397-Edit-Edit.jpg,20170518.20170518-320 Wellington St-89-Edit.jpg,20170518.20170518-320 Wellington St-97-

|  |  |
|---|---|
|  | Edit.jpg,20170518.20170518-320 Wellington St-103.jpg,20170518.20170518-320 Wellington St-119.jpg,20170518.20170518-320 Wellington St-143-Edit.jpg,20170518.20170518-320 Wellington St-155-Edit.jpg,20170518.20170518-320 Wellington St-179.jpg,20170518.20170518-320 Wellington St-189-Edit.jpg,20170518.20170518-320 Wellington St-213-Edit.jpg |
| **Published:** | May 2017 |
| • **Individual Photographs:** | 20170518.20170518-320 Wellington St-233.jpg,20170518.20170518-320 Wellington St-259.jpg,20170518.20170518-320 Wellington St-269.jpg,20170518.20170518-320 Wellington St-273.jpg,20170518.20170518-320 Wellington St-291.jpg,20170518.20170518-320 Wellington St-303-Edit.jpg,20170518.20170518-320 Wellington St-307.jpg,20170518.20170518-320 Wellington St-333-Edit.jpg,20170518.20170518-320 Wellington St-361-Edit.jpg,20170518.20170518-320 Wellington St-395-Edit.jpg,20170518.20170518-320 Wellington St-423-Edit.jpg,20170518.20170518-320 Wellington St-473.jpg,20170518.20170518-320 Wellington St-487-Edit.jpg,20170518.20170518-320 Wellington St-501.jpg,20170518.20170518-320 Wellington St-511-Edit.jpg,20170518.20170518-320 Wellington St-525.jpg,20170525.20170525-1843 Frazier Rd-316-Edit.jpg,20170525.20170525-1843 Frazier Rd-332.jpg,20170525.20170525-1843 Frazier Rd-338-Edit.jpg,20170525.20170525-1843 Frazier Rd-352-Edit.jpg,20170525.20170525-1843 Frazier Rd-368-Edit.jpg,20170525.20170525-1843 Frazier Rd-398.jpg,20170525.20170525-1843 Frazier Rd-412.jpg,20170525.20170525-1843 Frazier Rd-420-Edit.jpg,20170525.20170525-1843 Frazier Rd-430.jpg,20170525.20170525-1843 Frazier Rd-440-Edit.jpg,20170525.20170525-1843 Frazier Rd-466-Edit-Edit.jpg,20170525.20170525-1843 Frazier Rd-504-Edit.jpg,20170525.20170525-1843 Frazier Rd-528.jpg,20170525.20170525-1843 Frazier Rd-538.jpg,20170525.20170525-1843 Frazier Rd-558-Edit.jpg,20170525.20170525-1843 Frazier Rd-570.jpg,20170525.20170525-1843 Frazier Rd-572.jpg,20170525.20170525-1843 Frazier Rd-592.jpg,20170530.20170530-2135 Edgemore-85.jpg,20170530.20170530-2135 Edgemore-95-Edit.jpg,20170530.20170530-2135 Edgemore-107.jpg,20170530.20170530-2135 Edgemore-117.jpg,20170530.20170530-2135 Edgemore-143-Edit.jpg,20170530.20170530-2135 Edgemore-173-Edit.jpg,20170530.20170530-2135 Edgemore-189-Edit-Edit.jpg,20170530.20170530-2135 Edgemore-229-Edit-Edit.jpg,20170530.20170530-2135 Edgemore-229-Edit.jpg,20170530.20170530-2135 Edgemore-229.jpg |
| **Published:** | May 2017 |
| • **Individual Photographs:** | 20170530.20170530-2135 Edgemore-245-Edit.jpg,20170530.20170530-2135 Edgemore-277.jpg,20170530.20170530-2135 Edgemore-299.jpg,20170530.20170530-2135 Edgemore-323-Edit.jpg,20170530.20170530-2135 Edgemore-341-Edit.jpg,20170530.20170530-2135 Edgemore-347.jpg,20170530.20170530-2135 Edgemore-353.jpg,20170530.20170530-2135 Edgemore-355.jpg,20170530.20170530-2135 Edgemore-357.jpg,20170530.20170530-2135 Edgemore-361.jpg,20170530.20170530-2135 Edgemore-365.jpg,20170530.20170530-2135 Edgemore-367.jpg,20170530.20170530-2135 Edgemore-387-Edit.jpg,20170530.20170530-2135 Edgemore-423.jpg,20170530.20170530-2135 Edgemore-443.jpg,20170530.20170530-2135 Edgemore-455-Edit.jpg,20170530.20170530-2135 Edgemore-479-Edit.jpg, |
| **Published:** | May 2017 |

- **Individual Photographs:** 20170602.20170602-138 2nd Ave-121-Edit.jpg,20170602.20170602-138 2nd Ave-149-Edit.jpg,20170602.20170602-138 2nd Ave-257-Edit.jpg,20170602.20170602-138 2nd Ave-277-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-311-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-311-Edit.jpg,20170602.20170602-138 2nd Ave-377-Edit.jpg,20170602.20170602-138 2nd Ave-425-Edit-Edit-Edit-Edit-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-425-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-447-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-479-Edit.jpg,20170606.20170606-211 Parkside Clr-89-Edit.jpg,20170606.20170606-211 Parkside Clr-95.jpg,20170606.20170606-211 Parkside Clr-103.jpg,20170606.20170606-211 Parkside Clr-109.jpg,20170606.20170606-211 Parkside Clr-115.jpg,20170606.20170606-211 Parkside Clr-125.jpg,20170606.20170606-211 Parkside Clr-137-Edit.jpg,20170606.20170606-211 Parkside Clr-153-Edit.jpg,20170606.20170606-211 Parkside Clr-197.jpg,20170606.20170606-211 Parkside Clr-213-Edit.jpg,20170606.20170606-211 Parkside Clr-225.jpg,20170606.20170606-211 Parkside Clr-241-Edit.jpg,20170606.20170606-211 Parkside Clr-265.jpg,20170606.20170606-211 Parkside Clr-291.jpg,20170606.20170606-211 Parkside Clr-299-Edit.jpg,20170606.20170606-211 Parkside Clr-343-Edit.jpg,20170606.20170606-211 Parkside Clr-375-Edit.jpg,20170606.20170606-211 Parkside Clr-401-Edit.jpg,20170606.20170606-211 Parkside Clr-455-Edit.jpg,20170606.20170606-211 Parkside Clr-503.jpg,20170606.20170606-211 Parkside Clr-525-Edit.jpg,20170606.20170606-211 Parkside Clr-553.jpg,20170606.20170606-211 Parkside Clr-579.jpg,20170606.20170606-211 Parkside Clr-627-Edit.jpg,20170606.20170606-211 Parkside Clr-671.jpg,20170606.20170606-211 Parkside Clr-693.jpg,20170606.20170606-211 Parkside Clr-723.jpg,20170606.20170606-211 Parkside Clr-745.jpg,20170606.20170606-211 Parkside Clr-807-Edit.jpg,20170606.20170606-211 Parkside Clr-849.jpg,20170606.20170606-211 Parkside Clr-883-Edit.jpg,20170606.20170606-211 Parkside Clr-905-Edit.jpg
- **Published:** June 2017

- **Individual Photographs:** 20170606.20170606-211 Parkside Clr-947-Edit.jpg,20170606.20170606-211 Parkside Clr-973.jpg,20170606.20170606-211 Parkside Clr-977.jpg,20170606.20170606-211 Parkside Clr-985.jpg,20170606.20170606-211 Parkside Clr-997.jpg,20170606.20170606-211 Parkside Clr-1005.jpg,20170606.20170606-211 Parkside Clr-1015.jpg,20170606.20170606-211 Parkside Clr-1027.jpg,20170608.20170608-827 Durant Place-80-2-Edit.jpg,20170608.20170608-827 Durant Place-85-3.jpg,20170608.20170608-827 Durant Place-85-Edit.jpg,20170608.20170608-827 Durant Place-92-2.jpg,20170608.20170608-827 Durant Place-109.jpg,20170608.20170608-827 Durant Place-117.jpg,20170608.20170608-827 Durant Place-129.jpg,20170608.20170608-827 Durant Place-140-Edit.jpg,20170608.20170608-827 Durant Place-143.jpg,20170608.20170608-827 Durant Place-147-2-Edit.jpg,20170608.20170608-827 Durant Place-149.jpg,20170608.20170608-827 Durant Place-155.jpg,20170608.20170608-827 Durant Place-159.jpg,20170608.20170608-827 Durant Place-167-Edit.jpg,20170619.20170619-966 Mauldin-14-Edit.jpg,20170619.20170619-966 Mauldin-34-Edit.jpg,20170619.20170619-966 Mauldin-50-Edit.jpg,20170619.20170619-966 Mauldin-64-Edit.jpg,20170619.20170619-966 Mauldin-80-Edit.jpg,20170619.20170619-966 Mauldin-93.jpg,20170619.20170619-966 Mauldin-101-Edit.jpg,20170619.20170619-966 Mauldin-112.jpg,20170619.20170619-966 Mauldin-116-Edit.jpg,20170619.20170619-966 Mauldin-125-Edit.jpg,20170619.20170619-966 Mauldin-141-Edit.jpg,20170619.20170619-966 Mauldin-153-

Edit.jpg,20170619.20170619-966 Mauldin-158.jpg,20170619.20170619-966 Mauldin-162.jpg,20170619.20170619-966 Mauldin-164.jpg,20170619.20170619-966 Mauldin-166.jpg,20170621.20170621-771 Gresham-2.jpg,20170621.20170621-771 Gresham-6.jpg,20170621.20170621-771 Gresham-10.jpg,20170621.20170621-771 Gresham-14.jpg,20170621.20170621-771 Gresham-20.jpg,20170621.20170621-771 Gresham-26.jpg,20170621.20170621-771 Gresham-56.jpg,20170621.20170621-771 Gresham-60.jpg,20170621.20170621-771 Gresham-70.jpg,

**Published:** June 2017

- **Individual Photographs:** 20170621.20170621-771 Gresham-86.jpg,20170621.20170621-771 Gresham-94-Edit.jpg,20170621.20170621-771 Gresham-110.jpg,20170621.20170621-771 Gresham-118.jpg,20170621.20170621-771 Gresham-140.jpg,20170621.20170621-771 Gresham-148.jpg,20170621.20170621-771 Gresham-176-Edit.jpg,20170621.20170621-771 Gresham-196-Edit.jpg,20170621.20170621-771 Gresham-220.jpg,20170621.20170621-771 Gresham-230-Edit.jpg,20170621.20170621-771 Gresham-252-Edit.jpg,20170621.20170621-771 Gresham-272-Edit.jpg,20170621.20170621-771 Gresham-292-Edit.jpg,20170621.20170621-771 Gresham-314-Edit-Edit.jpg,20170621.20170621-771 Gresham-360-Edit.jpg,20170621.20170621-771 Gresham-390.jpg,20170621.20170621-1070 Eden-20.jpg,20170621.20170621-1070 Eden-24.jpg,20170621.20170621-1070 Eden-36.jpg,20170621.20170621-1070 Eden-52.jpg,20170621.20170621-1070 Eden-60.jpg,20170621.20170621-1070 Eden-66.jpg,20170621.20170621-1070 Eden-74.jpg,20170621.20170621-1070 Eden-92-Edit.jpg,20170621.20170621-1070 Eden-140-Edit.jpg,20170621.20170621-1070 Eden-160-Edit.jpg,20170621.20170621-1070 Eden-190-Edit.jpg,20170621.20170621-1070 Eden-222.jpg,20170621.20170621-1070 Eden-248.jpg,20170621.20170621-1070 Eden-270-Edit.jpg,20170621.20170621-1070 Eden-324-Edit.jpg,20170621.20170621-1070 Eden-350-Edit.jpg,20170621.20170621-1070 Eden-372-Edit.jpg,20170621.20170621-1070 Eden-388.jpg,20170621.20170621-1070 Eden-392.jpg,20170621.20170621-1070 Eden-396.jpg,20170621.20170621-1070 Eden-398.jpg,20170621.20170621-1070 Eden-404.jpg,20170621.20170621-1070 Eden-406.jpg,20170621.20170621-1070 Eden-408.jpg,20170621.20170621-1070 Eden-412.jpg,20170621.20170621-1070 Eden-416-Edit.jpg,20170621.20170621-1070 Eden-420.jpg,20170622.20170622-1200 Hardee St-10.jpg,20170622.20170622-1200 Hardee St-20.jpg,20170622.20170622-1200 Hardee St-28.jpg,20170622.20170622-1200 Hardee St-38.jpg,20170622.20170622-1200 Hardee St-40.jpg,20170622.20170622-1200 Hardee St-54.jpg,20170622.20170622-1200 Hardee St-64.jpg,20170622.20170622-1200 Hardee St-76-Edit.jpg

**Published:** June 2017

- **Individual Photographs:** 20170622.20170622-1200 Hardee St-106-Edit.jpg,20170622.20170622-1200 Hardee St-124.jpg,20170622.20170622-1200 Hardee St-132.jpg,20170622.20170622-1200 Hardee St-138.jpg,20170622.20170622-1200 Hardee St-146.jpg,20170622.20170622-1200 Hardee St-158.jpg,20170622.20170622-1200 Hardee St-170.jpg,20170622.20170622-1200 Hardee St-206-Edit.jpg,20170622.20170622-1200 Hardee St-230-Edit.jpg,20170622.20170622-1200 Hardee St-260-Edit.jpg,20170622.20170622-1200 Hardee St-292-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-312-Edit.jpg,20170622.20170622-1200 Hardee St-328.jpg,20170622.20170622-1200 Hardee St-346-Edit-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-346-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-346-

                              Edit.jpg,20170622.20170622-1200 Hardee St-370-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-388-Edit.jpg,20170622.20170622-1200 Hardee St-410-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-4-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-22-Edit-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-30.jpg,20170626.20170626-1136 Ponce de Leon Ave-56-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-68-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-90.jpg,20170626.20170626-1136 Ponce de Leon Ave-106-Edit-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-110.jpg,20170626.20170626-1136 Ponce de Leon Ave-120.jpg,20170626.20170626-1136 Ponce de Leon Ave-130.jpg,20170626.20170626-1136 Ponce de Leon Ave-134.jpg,20170626.20170626-1136 Ponce de Leon Ave-150-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-180-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-212-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-224-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-264-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-282-Edit-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-304-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit-Edit-2.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit.jpg

       **Published:** June 2017

- **Individual Photographs:** 20170626.20170626-1136 Ponce de Leon Ave-360-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-400-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-442-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-452-Edit-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-492-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-530-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-586.jpg,20170626.20170626-1136 Ponce de Leon Ave-604-Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-626.jpg,20170630.20170630-944 Cumberland-6.jpg,20170630.20170630-944 Cumberland-10.jpg,20170630.20170630-944 Cumberland-16-Edit-Edit.jpg,20170630.20170630-944 Cumberland-20.jpg,20170630.20170630-944 Cumberland-32.jpg,20170630.20170630-944 Cumberland-36.jpg,20170630.20170630-944 Cumberland-42-Edit-Edit.jpg,20170630.20170630-944 Cumberland-42-Edit.jpg,20170630.20170630-944 Cumberland-66.jpg,20170630.20170630-944 Cumberland-80-Edit.jpg,20170630.20170630-944 Cumberland-120.jpg,20170630.20170630-944 Cumberland-134-Edit.jpg,20170630.20170630-944 Cumberland-164.jpg,20170630.20170630-944 Cumberland-178-Edit.jpg,20170630.20170630-944 Cumberland-208-Edit.jpg,20170630.20170630-944 Cumberland-226.jpg,20170630.20170630-944 Cumberland-244-Edit.jpg,20170630.20170630-944 Cumberland-268.jpg,20170630.20170630-944 Cumberland-278.jpg,20170630.20170630-944 Cumberland-294-Edit-Edit.jpg,20170630.20170630-944 Cumberland-330-Edit.jpg,20170630.20170630-944 Cumberland-378-Edit.jpg,20170630.20170630-944 Cumberland-398.jpg,20170630.20170630-944 Cumberland-416.jpg,20170630.20170630-944 Cumberland-428-Edit-Edit-Edit-2.jpg,20170630.20170630-944 Cumberland-428-Edit-Edit-Edit.jpg,20170630.20170630-944 Cumberland-462-Edit-Edit-Edit.jpg,20170630.20170630-944 Cumberland-474-Edit.jpg,20170630.20170630-944 Cumberland-492-Edit.jpg,20170630.20170630-944 Cumberland-522-

|                           |                                                                                                                                                                                                                                                                                          |
|---------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Published:**            | Edit.jpg,20170630.20170630-944 Cumberland-546-Edit.jpg,20170630.20170630-944 Cumberland-576-Edit.jpg,20170630.20170630-944 Cumberland-602.jpg June 2017 |

- **Individual Photographs:** 20170630.20170630-944 Cumberland-614-Edit-Edit.jpg,20170630.20170630-944 Cumberland-640-Edit.jpg,20170630.20170630-944 Cumberland-690-Edit.jpg,20170630.20170630-944 Cumberland-722-Edit.jpg,20170630.20170630-944 Cumberland-760-Edit.jpg,20170630.20170630-944 Cumberland-784-Edit.jpg,

  **Published:** June 2017

- **Individual Photographs:** 20170705.20170705-719 Mollie St-10-Edit.jpg,20170705.20170705-719 Mollie St-98-Edit.jpg,20170705.20170705-719 Mollie St-130-Edit.jpg,20170705.20170705-719 Mollie St-160-Edit.jpg,20170705.20170705-719 Mollie St-178.jpg,20170705.20170705-719 Mollie St-190.jpg,20170705.20170705-719 Mollie St-194.jpg,20170705.20170705-719 Mollie St-196.jpg,20170705.20170705-719 Mollie St-202.jpg,20170705.20170705-719 Mollie St-212.jpg,20170705.20170705-719 Mollie St-218.jpg,20170705.20170705-719 Mollie St-228.jpg,20170705.20170705-719 Mollie St-232.jpg,20170705.20170705-719 Mollie St-236.jpg,20170705.20170705-719 Mollie St-242.jpg,20170705.20170705-719 Mollie St-262.jpg,20170705.20170705-719 Mollie St-266.jpg,20170705.20170705-719 Mollie St-276-Edit-Edit.jpg,20170705.20170705-719 Mollie St-292-Edit-2-Edit.jpg,20170705.20170705-719 Mollie St-292-Edit-2.jpg,20170705.20170705-719 Mollie St-292-Edit.jpg,20170705.20170705-719 Mollie St-326-Edit-Edit-Edit-Edit.jpg,20170705.20170705-719 Mollie St-342-Edit.jpg,

  **Published:** July 2017

## Completion/Publication

|                                         |                   |
|-----------------------------------------|-------------------|
| **Year of Completion:**                 | 2017              |
| **Earliest Publication Date in Group:** | January 24, 2017  |
| **Latest Publication Date in Group:**   | July 05, 2017     |
| **Nation of First Publication:**        | United States     |

## Author

- **Author:** Garey C Gomez
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Garey C Gomez
307 Adair Street Apt E9, Decatur, GA, 30030, United States

## Rights and Permissions

Page 12 of 13

|  |  |
|---:|:---|
| **Name:** | Garey C Gomez |
| **Email:** | garey@gareygomez.com |
| **Telephone:** | (404)941-4646 |
| **Alt. Phone:** | (609)462-8432 |
| **Address:** | 307 Adair Street Apt E9 |
|  | Decatur, GA 30030 United States |

## Certification

|  |  |
|---:|:---|
| **Name:** | Garey C Gomez |
| **Date:** | February 26, 2020 |

|  |  |
|---:|:---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |