# Exhibit 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

January 12, 2022

**VIA EMAIL:  service@lnchome.com**
Changzheng Tan
Homeangel, LLC dba LNC Home
1603 Capitol Avenue
Suite 310 A326
Cheyenne, WY 82001

Re:   **Garey Gomez v. Homeangel, LLC dba LNC Home**
      **Our File:  00649-0027**

Dear Changzheng Tan,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns.  We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Garey C. Gomez, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Garey C. Gomez ("Gomez")*
Our client is an experienced professional photographer who makes a living from photography.  Gomez is a professional photographer from Atlanta, Georgia who works with architects, interior designers, construction firms and homebuilders to create beautiful portfolio imagery to showcase their work.  He is a speaker and educator in the world of architectural photography and is the 2019 PFRE Photographer of the Year.  Gomez's passion is working with designers and artists who are passionate about their

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Changzheng Tan
Homeangel, LLC dba LNC Home
January 12, 2022
Page 2

work, and that usually means they will work very well together to create something special.

Gomez retains all copyrights to his photographs.  Gomez licenses his copyrighted Works, such as the one in this case, for commercial use.

Gomez created the image, hereinafter referred to as the "Work."

The Work at issue is shown below.



Gomez registered the Work with the Register of Copyrights on February 26, 2020 and was assigned the registration number VA 2-198-256, a copy of which is enclosed.

*Infringement by Homeangel, LLC dba LNC Home ("LNC")*
We have enclosed contemporaneous evidence of the infringement by LNC.    You have employed our client's Work in at least the manner indicated in the evidence attached. You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
| --- | --- | --- | --- | --- |
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Changzheng Tan
Homeangel, LLC dba LNC Home
January 12, 2022
Page 3

Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Gomez when a work is infringed or altered.  Section 504 permits Gomez to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Gomez's photographs are of the highest quality.  Gomez's photographs are also scarce since he is one of the only sources of such quality photographs.

Gomez's damages are not limited to what he would have agreed to license the Work for prior to the infringement.  Rather, Gomez's actual damages will be measured by the fair market value of the photograph considering LNC's use to sell and promote its business.  Gomez's actual damages must be measured in light of LNC's use of Gomez's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Gomez can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Gomez to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Gomez will also be

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Changzheng Tan
Homeangel, LLC dba LNC Home
January 12, 2022
Page 4

entitled to LNC's profits from the infringement, based upon the revenue LNC earned in connection with the use of Gomez's Work.

There is also the possibility that a judge or jury could determine that  LNC's infringement was willful.  If LNC's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.   the full nature and extent of the use of our client's Work, in any and all formats;

2.   representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.   the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by January 26, 2022, we will take further steps to protect our client's rights.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu
Enclosures

CALIFORNIA
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-198-256**

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
April 01, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 24, 2017 to July 05, 2017

## Title

| | |
|---|---|
| **Title of Group:** | 2017 - 1 |
| **Number of Photographs in Group:** | 750 |

• **Individual Photographs:** 20170124.20170124-1038 E.Rock_Springs-7.jpg,20170124.20170124-1038
E.Rock_Springs-8.jpg,20170124.20170124-1038 E.Rock_Springs-
12.jpg,20170124.20170124-1038 E.Rock_Springs-13-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-27-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-34-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-37-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-42-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
47.jpg,20170124.20170124-1038 E.Rock_Springs-53.jpg,20170124.20170124-
1038 E.Rock_Springs-57-Edit-Edit.jpg,20170124.20170124-1038
E.Rock_Springs-67-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
79.jpg,20170124.20170124-1038 E.Rock_Springs-102-Edit-
2.jpg,20170124.20170124-1038 E.Rock_Springs-102-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-111-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
123.jpg,20170124.20170124-1038 E.Rock_Springs-125-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-131-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
143.jpg,20170124.20170124-1038 E.Rock_Springs-
145.jpg,20170124.20170124-1038 E.Rock_Springs-
149.jpg,20170124.20170124-1038 E.Rock_Springs-152-Edit-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-162-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
168.jpg,20170124.20170124-1038 E.Rock_Springs-169-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
175.jpg,20170124.20170124-1038 E.Rock_Springs-178-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-184-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-191-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
196.jpg,20170124.20170124-1038 E.Rock_Springs-197-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-
205.jpg,20170124.20170124-1038 E.Rock_Springs-210-Edit-
Edit.jpg,20170124.20170124-1038 E.Rock_Springs-

| | |
|---|---|
| | 229.jpg,20170124.20170124-1038 E.Rock_Springs-233-Edit-2-Edit-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-233-Edit-2-Edit.jpg,20170124.20170124-1038 E.Rock_Springs-244.jpg,20170124.20170124-1038 E.Rock_Springs-248.jpg |
| **Published:** | January 2017 |

- **Individual Photographs:** 20170124.20170124-1038 E.Rock_Springs-250.jpg,20170124.20170124-1038 E.Rock_Springs-254.jpg,20170124.20170124-1038 E.Rock_Springs-255.jpg,20170124.20170124-1038 E.Rock_Springs-256.jpg,20170130.20170130-1086_Kirkwood_Ave-101-Edit-Edit-Edit.jpg,20170130.20170130-1086_Kirkwood_Ave-101-Edit-Edit.jpg,20170130.20170130-1086_Kirkwood_Ave-121-Edit-Edit.jpg,
  **Published:** January 2017

- **Individual Photographs:** 20170201.20170201-untitled-112-Edit-Edit.jpg,20170201.20170201-untitled-126-Edit.jpg,20170201.20170201-untitled-145-Edit-Edit.jpg,20170201.20170201-untitled-213-Edit.jpg,20170201.20170201-untitled-225-Edit.jpg,20170201.20170201-untitled-235-Edit.jpg,20170201.20170201-untitled-263-Edit.jpg,20170201.Lamp_Fix-3.jpg,20170203.20170203-1075 Briar Vista Terrace-84.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit-2.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-95-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-103.jpg,20170203.20170203-1075 Briar Vista Terrace-111-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-116-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-128-Edit-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-133.jpg,20170203.20170203-1075 Briar Vista Terrace-143.jpg,20170203.20170203-1075 Briar Vista Terrace-144.jpg,20170203.20170203-1075 Briar Vista Terrace-148-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-161-Edit.jpg,20170203.20170203-1075 Briar Vista Terrace-173.jpg,20170203.20170203-1075 Briar Vista Terrace-179.jpg,20170203.20170203-1075 Briar Vista Terrace-185.jpg,20170203.20170203-1075 Briar Vista Terrace-192.jpg,20170206.20170206-1080 Mercer St-83.jpg,20170206.20170206-1080 Mercer St-87.jpg,20170206.20170206-1080 Mercer St-95-Edit.jpg,20170206.20170206-1080 Mercer St-99-Edit.jpg,20170206.20170206-1080 Mercer St-110-Edit.jpg,20170206.20170206-1080 Mercer St-118-Edit.jpg,20170206.20170206-1080 Mercer St-128.jpg,20170206.20170206-1080 Mercer St-129-Edit.jpg,20170206.20170206-1080 Mercer St-146.jpg,20170206.20170206-1080 Mercer St-152.jpg,20170206.20170206-1080 Mercer St-165-Edit.jpg,20170206.20170206-1080 Mercer St-171-Edit.jpg,20170206.20170206-1080 Mercer St-178-Edit-Edit.jpg,20170206.20170206-1080 Mercer St-208.jpg,20170206.20170206-1080 Mercer St-210-Edit-Edit.jpg,20170206.20170206-1080 Mercer St-225-Edit.jpg,20170206.20170206-1080 Mercer St-236.jpg
  **Published:** February 2017

- **Individual Photographs:** 20170206.20170206-1080 Mercer St-241.jpg,20170207.20170207-943 N. Ormewood Park-87.jpg,20170207.20170207-943 N. Ormewood Park-95.jpg,20170207.20170207-943 N. Ormewood Park-101.jpg,20170207.20170207-943 N. Ormewood Park-102.jpg,20170207.20170207-943 N. Ormewood Park-112.jpg,20170207.20170207-943 N. Ormewood Park-115.jpg,20170207.20170207-943 N. Ormewood Park-

118.jpg,20170207.20170207-943 N. Ormewood Park-
131.jpg,20170207.20170207-943 N. Ormewood Park-135-Edit-
Edit.jpg,20170207.20170207-943 N. Ormewood Park-135-
Edit.jpg,20170207.20170207-943 N. Ormewood Park-
143.jpg,20170207.20170207-943 N. Ormewood Park-145-Edit-
Edit.jpg,20170207.20170207-943 N. Ormewood Park-
158.jpg,20170207.20170207-943 N. Ormewood Park-
163.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-Edit-
2.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-Edit-
3.jpg,20170210.20170210-1010_Midtown_1510-101-Edit-
Edit.jpg,20170210.20170210-1010_Midtown_1510-101-
Edit.jpg,20170210.20170210-1010_Midtown_1510-
134.jpg,20170210.20170210-1010_Midtown_1510-
152.jpg,20170210.20170210-1010_Midtown_1510-159-
Edit.jpg,20170210.20170210-1010_Midtown_1510-171-
Edit.jpg,20170210.20170210-1010_Midtown_1510-
195.jpg,20170210.20170210-1010_Midtown_1510-
216.jpg,20170210.20170210-1010_Midtown_1510-219-
Edit.jpg,20170210.20170210-1010_Midtown_1510-
232.jpg,20170210.20170210-1010_Midtown_1510-
239.jpg,20170210.20170210-1010_Midtown_1510-241-
Edit.jpg,20170210.20170210-1010_Midtown_1510-259-
Edit.jpg,20170210.20170210-1010_Midtown_1510-
267.jpg,20170210.20170210-1010_Midtown_1510-
273.jpg,20170210.20170210-1010_Midtown_1510-275-
Edit.jpg,20170210.20170210-1010_Midtown_1510-
275.jpg,20170213.20170213-198 Ponce de Leon D7-
84.jpg,20170213.20170213-198 Ponce de Leon D7-
91.jpg,20170213.20170213-198 Ponce de Leon D7-
101.jpg,20170213.20170213-198 Ponce de Leon D7-
111.jpg,20170213.20170213-198 Ponce de Leon D7-
114.jpg,20170213.20170213-198 Ponce de Leon D7-119-
Edit.jpg,20170213.20170213-198 Ponce de Leon D7-145-Edit.jpg

**Published:** February 2017

- **Individual Photographs:**

20170213.20170213-198 Ponce de Leon D7-155-
Edit.jpg,20170213.20170213-198 Ponce de Leon D7-168-
Edit.jpg,20170213.20170213-198 Ponce de Leon D7-
170.jpg,20170213.20170213-198 Ponce de Leon D7-
172.jpg,20170213.20170213-198 Ponce de Leon D7-
178.jpg,20170213.20170213-198 Ponce de Leon D7-189-
Edit.jpg,20170213.20170213-198 Ponce de Leon D7-
199.jpg,20170213.20170213-198 Ponce de Leon D7-
208.jpg,20170214.20170214-176 Rockyford Rd-88-
Edit.jpg,20170214.20170214-176 Rockyford Rd-99.jpg,20170214.20170214-
176 Rockyford Rd-126.jpg,20170214.20170214-176 Rockyford Rd-
136.jpg,20170214.20170214-176 Rockyford Rd-141.jpg,20170214.20170214-
176 Rockyford Rd-142.jpg,20170214.20170214-176 Rockyford Rd-
151.jpg,20170214.20170214-176 Rockyford Rd-163.jpg,20170214.20170214-
176 Rockyford Rd-167.jpg,20170214.20170214-176 Rockyford Rd-
172.jpg,20170214.20170214-176 Rockyford Rd-182.jpg,20170214.20170214-
176 Rockyford Rd-186.jpg,20170214.20170214-176 Rockyford Rd-
197.jpg,20170214.20170214-176 Rockyford Rd-201.jpg,20170214.20170214-
176 Rockyford Rd-204.jpg,20170228.20170228-768 Kirkwood Ave-118-
Edit.jpg,20170228.20170228-768 Kirkwood Ave-
123.jpg,20170228.20170228-768 Kirkwood Ave-135.jpg,20170228.20170228-
768 Kirkwood Ave-152.jpg,20170228.20170228-768 Kirkwood Ave-
185.jpg,20170228.20170228-768 Kirkwood Ave-202.jpg,20170228.20170228-

768 Kirkwood Ave-221.jpg,20170228.20170228-768 Kirkwood Ave-280.jpg,20170228.20170228-768 Kirkwood Ave-310.jpg,20170228.20170228-768 Kirkwood Ave-325.jpg,20170228.20170228-768 Kirkwood Ave-411.jpg,20170228.20170228-768 Kirkwood Ave-425.jpg,20170228.20170228-768 Kirkwood Ave-444-Edit.jpg,20170228.20170228-768 Kirkwood Ave-444.jpg,20170228.20170228-768 Kirkwood Ave-449.jpg,20170228.20170228-768 Kirkwood Ave-457.jpg,20170228.20170228-768 Kirkwood Ave-487-Edit-2.jpg,

**Published:** February 2017

- **Individual Photographs:** 20170303.20170303-619_Fortune_Place-99-Edit-2-Edit-Edit.jpg,20170303.20170303-619_Fortune_Place-99-Edit-2-Edit.jpg,20170303.20170303-619_Fortune_Place-216.jpg,20170303.20170303-619_Fortune_Place-343.jpg,20170303.20170303-619_Fortune_Place-348.jpg,20170303.20170303-619_Fortune_Place-352-Edit.jpg,20170303.20170303-619_Fortune_Place-413-Edit-2.jpg,20170303.20170303-619_Fortune_Place-413-Edit.jpg,20170303.20170303-619_Fortune_Place-445-Edit-Edit-Edit-Edit.jpg,20170303.20170303-619_Fortune_Place-591.jpg,20170303.20170303-619_Fortune_Place-604.jpg,20170304.20170304-619_Fortune_Place-382-Edit.jpg,20170304.20170304-619_Fortune_Place-433-Edit.jpg,20170304.20170304-619_Fortune_Place-486.jpg,20170304.20170304-619_Fortune_Place-507-Edit.jpg,20170304.20170304-619_Fortune_Place-507.jpg,20170304.20170304-619_Fortune_Place-532-Edit.jpg,20170304.20170304-619_Fortune_Place-537-Edit-Edit-2-Edit.jpg,20170304.20170304-619_Fortune_Place-599-Edit.jpg,20170304.20170304-619_Fortune_Place-599.jpg,20170304.20170304-619_Fortune_Place-657-Edit.jpg,20170304.20170304-619_Fortune_Place-659.jpg,20170304.20170304-619_Fortune_Place-695-Edit.jpg,20170304.20170304-619_Fortune_Place-760.jpg,20170317.20170317-132 Howard Ave Twilight-108-Edit.jpg,20170317.20170317-132 Howard Ave Twilight-132-Edit-Edit.jpg,20170317.20170317-132 Howard Ave-105.jpg,20170317.20170317-132 Howard Ave-117.jpg,20170317.20170317-132 Howard Ave-131.jpg,20170317.20170317-132 Howard Ave-151.jpg,20170317.20170317-132 Howard Ave-163-Edit.jpg,20170317.20170317-132 Howard Ave-200.jpg,20170317.20170317-132 Howard Ave-221.jpg,20170317.20170317-132 Howard Ave-231.jpg,20170317.20170317-132 Howard Ave-276-Edit.jpg,20170317.20170317-132 Howard Ave-316.jpg,20170317.20170317-132 Howard Ave-327.jpg,20170317.20170317-132 Howard Ave-367.jpg,20170317.20170317-132 Howard Ave-387.jpg,20170317.20170317-132 Howard Ave-392.jpg,20170317.20170317-132 Howard Ave-436.jpg,20170317.20170317-132 Howard Ave-458-Edit.jpg

**Published:** March 2017

- **Individual Photographs:** 20170317.20170317-132 Howard Ave-509.jpg,20170317.20170317-132 Howard Ave-562.jpg,20170317.20170317-132 Howard Ave-568.jpg,20170317.20170317-132 Howard Ave-598-Edit.jpg,20170317.20170317-132 Howard Ave-602-Edit.jpg,20170317.20170317-132 Howard Ave-630-Edit.jpg,20170317.20170317-132 Howard Ave-672-Edit.jpg,20170317.20170317-132 Howard Ave-715.jpg,20170317.20170317-132 Howard Ave-763-Edit.jpg,20170317.20170317-132 Howard Ave-796-Edit.jpg,20170317.20170317-132 Howard Ave-805-Edit.jpg,20170317.20170317-132 Howard Ave-844-Edit.jpg,20170317.20170317-132 Howard Ave-873.jpg,20170317.20170317-

132 Howard Ave-880.jpg,20170317.20170317-132 Howard Ave-889.jpg,20170324.20170324-1739 Fairway Hill Dr-95.jpg,20170324.20170324-1739 Fairway Hill Dr-104.jpg,20170324.20170324-1739 Fairway Hill Dr-110.jpg,20170324.20170324-1739 Fairway Hill Dr-117.jpg,20170324.20170324-1739 Fairway Hill Dr-129.jpg,20170324.20170324-1739 Fairway Hill Dr-171-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-193-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-207-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-224-Edit.jpg,20170324.20170324-1739 Fairway Hill Dr-265.jpg,20170324.20170324-1739 Fairway Hill Dr-290.jpg,20170324.20170324-1739 Fairway Hill Dr-310.jpg,20170324.20170324-1739 Fairway Hill Dr-312.jpg,20170324.20170324-1739 Fairway Hill Dr-324.jpg,20170324.20170324-1739 Fairway Hill Dr-331.jpg,20170324.20170324-1739 Fairway Hill Dr-338.jpg,20170324.20170324-1739 Fairway Hill Dr-355.jpg,20170324.20170324-1739 Fairway Hill Dr-372.jpg,20170324.20170324-1739 Fairway Hill Dr-395.jpg,20170324.20170324-1739 Fairway Hill Dr-399.jpg,

**Published:**   March 2017

- **Individual Photographs:**   20170405.20170405-1070 Kirkwood Ave-157-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-207-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-336-Edit-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-386-Edit-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-456.jpg,20170405.20170405-1070 Kirkwood Ave-488.jpg,20170405.20170405-1070 Kirkwood Ave-507-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-507.jpg,20170405.20170405-1070 Kirkwood Ave-549-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-550-Edit-Edit-Edit-2.jpg,20170405.20170405-1070 Kirkwood Ave-550-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-565.jpg,20170405.20170405-1070 Kirkwood Ave-573-Edit-Edit.jpg,20170405.20170405-1070 Kirkwood Ave-573-Edit.jpg,20170406.20170406-520 Muse Street-93.jpg,20170406.20170406-520 Muse Street-111.jpg,20170406.20170406-520 Muse Street-118.jpg,20170406.20170406-520 Muse Street-133-Edit.jpg,20170406.20170406-520 Muse Street-146.jpg,20170406.20170406-520 Muse Street-149.jpg,20170406.20170406-520 Muse Street-161-Edit.jpg,20170406.20170406-520 Muse Street-185.jpg,20170406.20170406-520 Muse Street-190.jpg,20170406.20170406-520 Muse Street-217.jpg,20170406.20170406-520 Muse Street-230.jpg,20170406.20170406-520 Muse Street-251.jpg,20170406.20170406-520 Muse Street-269.jpg,20170406.20170406-520 Muse Street-284.jpg,20170406.20170406-520 Muse Street-304.jpg,20170406.20170406-520 Muse Street-326.jpg,20170406.20170406-520 Muse Street-346.jpg,20170418.20170418-500 Peachtree Street-99.jpg,20170418.20170418-500 Peachtree Street-113.jpg,20170418.20170418-500 Peachtree Street-135.jpg,20170418.20170418-500 Peachtree Street-147.jpg,20170418.20170418-500 Peachtree Street-177-Edit.jpg,20170418.20170418-500 Peachtree Street-213-Edit.jpg,20170418.20170418-500 Peachtree Street-249.jpg,20170418.20170418-500 Peachtree Street-281.jpg,20170418.20170418-500 Peachtree Street-292.jpg,20170418.20170418-500 Peachtree Street-307.jpg,20170418.20170418-500 Peachtree Street-337.jpg,

**Published:** April 2017

- **Individual Photographs:** 20170418.20170418-500 Peachtree Street-361-Edit.jpg,20170418.20170418-500 Peachtree Street-398.jpg,20170418.20170418-500 Peachtree Street-403.jpg,20170418.20170418-500 Peachtree Street-410.jpg,20170419.20170419-1054 Boulevard Dr-136-Edit.jpg,20170421.20170421-403 8th Street-109-Edit-2-2.jpg,20170421.20170421-403 8th Street-109-Edit-2.jpg,20170421.20170421-1054 Boulevard-94.jpg,20170421.20170421-1054 Boulevard-114.jpg,20170421.20170421-1054 Boulevard-123.jpg,20170421.20170421-1054 Boulevard-130.jpg,20170421.20170421-1054 Boulevard-135.jpg,20170421.20170421-1054 Boulevard-149.jpg,20170421.20170421-1054 Boulevard-156.jpg,20170421.20170421-1054 Boulevard-176.jpg,20170421.20170421-1054 Boulevard-198.jpg,20170421.20170421-1054 Boulevard-204.jpg,20170421.20170421-1054 Boulevard-217.jpg,20170421.20170421-1054 Boulevard-269.jpg,20170421.20170421-1054 Boulevard-281-Edit.jpg,20170421.20170421-1054 Boulevard-292.jpg,20170421.20170421-1054 Boulevard-319.jpg,20170421.20170421-1054 Boulevard-339.jpg,20170421.20170421-1054 Boulevard-424-Edit-Edit-Edit.jpg,20170421.20170421-1054 Boulevard-459-Edit.jpg,20170421.20170421-1054 Boulevard-483-Edit.jpg,20170421.20170421-1054 Boulevard-519-Edit-Edit.jpg,20170421.20170421-1054 Boulevard-525.jpg,20170421.20170421-1054 Boulevard-534.jpg,20170421.20170421-1054 Boulevard-544.jpg,20170421.20170421-1054 Boulevard-548.jpg,20170421.Untitled1-Edit.jpg,20170426.20170426-397 Armour Drive-101.jpg,20170426.20170426-397 Armour Drive-111.jpg,20170426.20170426-397 Armour Drive-119.jpg,20170426.20170426-397 Armour Drive-127.jpg,20170426.20170426-397 Armour Drive-147.jpg,20170426.20170426-397 Armour Drive-157.jpg,20170426.20170426-397 Armour Drive-163.jpg,20170426.20170426-397 Armour Drive-169.jpg,20170426.20170426-397 Armour Drive-177.jpg,20170426.20170426-397 Armour Drive-189.jpg,20170426.20170426-397 Armour Drive-191.jpg,20170426.20170426-397 Armour Drive-197.jpg,20170426.20170426-397 Armour Drive-211.jpg,20170426.20170426-397 Armour Drive-229.jpg

  **Published:** April 2017

- **Individual Photographs:** 20170428.20170428-876 Market Way-85.jpg,20170428.20170428-876 Market Way-95.jpg,20170428.20170428-876 Market Way-113.jpg,20170428.20170428-876 Market Way-153.jpg,20170428.20170428-876 Market Way-159.jpg,20170428.20170428-876 Market Way-179.jpg,20170428.20170428-876 Market Way-193.jpg,20170428.20170428-876 Market Way-207.jpg,20170428.20170428-876 Market Way-243.jpg,20170428.20170428-876 Market Way-251.jpg,20170428.20170428-876 Market Way-259.jpg,20170428.20170428-876 Market Way-265.jpg,20170428.20170428-876 Market Way-287.jpg,20170428.20170428-876 Market Way-299-Edit.jpg,20170428.20170428-876 Market Way-353.jpg,20170428.20170428-876 Market Way-377.jpg,20170428.20170428-876 Market Way-421-Edit.jpg,20170428.20170428-876 Market Way-431.jpg,20170428.20170428-876 Market Way-439.jpg,

  **Published:** April 2017

- **Individual Photographs:** 20170502.20170502-2534 East Woodland Circle-83.jpg,20170502.20170502-2534 East Woodland Circle-85.jpg,20170502.20170502-2534 East Woodland Circle-89.jpg,20170502.20170502-2534 East Woodland Circle-99.jpg,20170502.20170502-2534 East Woodland Circle-111.jpg,20170502.20170502-2534 East Woodland Circle-119.jpg,20170502.20170502-2534 East Woodland Circle-

127.jpg,20170502.20170502-2534 East Woodland Circle-129.jpg,20170502.20170502-2534 East Woodland Circle-147.jpg,20170502.20170502-2534 East Woodland Circle-155.jpg,20170502.20170502-2534 East Woodland Circle-163.jpg,20170502.20170502-2534 East Woodland Circle-167.jpg,20170502.20170502-2534 East Woodland Circle-175.jpg,20170502.20170502-2534 East Woodland Circle-183.jpg,20170502.20170502-2534 East Woodland Circle-187.jpg,20170503.20170503-1936 Hallman St-83.jpg,20170503.20170503-1936 Hallman St-87.jpg,20170503.20170503-1936 Hallman St-99.jpg,20170503.20170503-1936 Hallman St-137.jpg,20170503.20170503-1936 Hallman St-145.jpg,20170503.20170503-1936 Hallman St-149.jpg,20170503.20170503-1936 Hallman St-159.jpg,20170503.20170503-1936 Hallman St-167.jpg,20170503.20170503-1936 Hallman St-181.jpg,20170503.20170503-1936 Hallman St-191.jpg,20170503.20170503-1936 Hallman St-197.jpg,20170503.20170503-1936 Hallman St-209.jpg,20170503.20170503-1936 Hallman St-219.jpg,20170503.20170503-1936 Hallman St-259.jpg,20170503.20170503-1936 Hallman St-263.jpg,20170503.20170503-1936 Hallman St-277.jpg,20170503.20170503-1936 Hallman St-279.jpg,20170503.20170503-1936 Hallman St-289.jpg,20170503.20170503-1936 Hallman St-297.jpg,20170503.20170503-1936 Hallman St-301.jpg,20170505.20170505-983 Kirkwood Ave-87.jpg,20170505.20170505-983 Kirkwood Ave-97-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-97-Edit.jpg,20170505.20170505-983 Kirkwood Ave-127.jpg,20170505.20170505-983 Kirkwood Ave-145-Edit.jpg,20170505.20170505-983 Kirkwood Ave-157-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-157-Edit.jpg,20170505.20170505-983 Kirkwood Ave-191.jpg

**Published:** May 2017

- **Individual Photographs:** 20170505.20170505-983 Kirkwood Ave-207-Edit.jpg,20170505.20170505-983 Kirkwood Ave-249.jpg,20170505.20170505-983 Kirkwood Ave-311-Edit.jpg,20170505.20170505-983 Kirkwood Ave-371-Edit-2.jpg,20170505.20170505-983 Kirkwood Ave-371-Edit.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit-2.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit-Edit.jpg,20170505.20170505-983 Kirkwood Ave-419-Edit.jpg,20170505.20170505-983 Kirkwood Ave-455.jpg,20170505.20170505-983 Kirkwood Ave-471.jpg,20170505.20170505-983 Kirkwood Ave-489.jpg,20170505.20170505-983 Kirkwood Ave-495.jpg,20170505.20170505-983 Kirkwood Ave-507.jpg,20170510.20170510-422 Glen Iris-123-Edit-2-Edit-2-2.jpg,20170510.20170510-422 Glen Iris-123-Edit-2-Edit-2.jpg,20170510.20170510-422 Glen Iris-123-Edit-2.jpg,20170510.20170510-422 Glen Iris-161-Edit.jpg,20170510.20170510-422 Glen Iris-211-Edit-2-Edit.jpg,20170510.20170510-422 Glen Iris-237-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-263-Edit.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit-Edit-Edit-2.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-285-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-297-Edit.jpg,20170510.20170510-422 Glen Iris-307-Edit.jpg,20170510.20170510-422 Glen Iris-307.jpg,20170510.20170510-422 Glen Iris-309.jpg,20170510.20170510-422 Glen Iris-329.jpg,20170510.20170510-422 Glen Iris-353-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-397-Edit-Edit-Edit-Edit.jpg,20170510.20170510-422 Glen Iris-397-Edit-Edit.jpg,20170518.20170518-320 Wellington St-89-Edit.jpg,20170518.20170518-320 Wellington St-97-

Edit.jpg,20170518.20170518-320 Wellington St-103.jpg,20170518.20170518-
320 Wellington St-119.jpg,20170518.20170518-320 Wellington St-143-
Edit.jpg,20170518.20170518-320 Wellington St-155-
Edit.jpg,20170518.20170518-320 Wellington St-179.jpg,20170518.20170518-
320 Wellington St-189-Edit.jpg,20170518.20170518-320 Wellington St-213-
Edit.jpg

**Published:**   May 2017

- **Individual Photographs:**   20170518.20170518-320 Wellington St-233.jpg,20170518.20170518-320
  Wellington St-259.jpg,20170518.20170518-320 Wellington St-
  269.jpg,20170518.20170518-320 Wellington St-273.jpg,20170518.20170518-
  320 Wellington St-291.jpg,20170518.20170518-320 Wellington St-303-
  Edit.jpg,20170518.20170518-320 Wellington St-307.jpg,20170518.20170518-
  320 Wellington St-333-Edit.jpg,20170518.20170518-320 Wellington St-361-
  Edit.jpg,20170518.20170518-320 Wellington St-395-
  Edit.jpg,20170518.20170518-320 Wellington St-423-
  Edit.jpg,20170518.20170518-320 Wellington St-473.jpg,20170518.20170518-
  320 Wellington St-487-Edit.jpg,20170518.20170518-320 Wellington St-
  501.jpg,20170518.20170518-320 Wellington St-511-
  Edit.jpg,20170518.20170518-320 Wellington St-525.jpg,20170525.20170525-
  1843 Frazier Rd-316-Edit.jpg,20170525.20170525-1843 Frazier Rd-
  332.jpg,20170525.20170525-1843 Frazier Rd-338-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-352-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-368-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-398.jpg,20170525.20170525-
  1843 Frazier Rd-412.jpg,20170525.20170525-1843 Frazier Rd-420-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-430.jpg,20170525.20170525-
  1843 Frazier Rd-440-Edit.jpg,20170525.20170525-1843 Frazier Rd-466-Edit-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-504-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-528.jpg,20170525.20170525-
  1843 Frazier Rd-538.jpg,20170525.20170525-1843 Frazier Rd-558-
  Edit.jpg,20170525.20170525-1843 Frazier Rd-570.jpg,20170525.20170525-
  1843 Frazier Rd-572.jpg,20170525.20170525-1843 Frazier Rd-
  592.jpg,20170530.20170530-2135 Edgemore-85.jpg,20170530.20170530-
  2135 Edgemore-95-Edit.jpg,20170530.20170530-2135 Edgemore-
  107.jpg,20170530.20170530-2135 Edgemore-117.jpg,20170530.20170530-
  2135 Edgemore-143-Edit.jpg,20170530.20170530-2135 Edgemore-173-
  Edit.jpg,20170530.20170530-2135 Edgemore-189-Edit-
  Edit.jpg,20170530.20170530-2135 Edgemore-229-Edit-
  Edit.jpg,20170530.20170530-2135 Edgemore-229-
  Edit.jpg,20170530.20170530-2135 Edgemore-229.jpg

**Published:**   May 2017

- **Individual Photographs:**   20170530.20170530-2135 Edgemore-245-Edit.jpg,20170530.20170530-2135
  Edgemore-277.jpg,20170530.20170530-2135 Edgemore-
  299.jpg,20170530.20170530-2135 Edgemore-323-
  Edit.jpg,20170530.20170530-2135 Edgemore-341-
  Edit.jpg,20170530.20170530-2135 Edgemore-347.jpg,20170530.20170530-
  2135 Edgemore-353.jpg,20170530.20170530-2135 Edgemore-
  355.jpg,20170530.20170530-2135 Edgemore-357.jpg,20170530.20170530-
  2135 Edgemore-361.jpg,20170530.20170530-2135 Edgemore-
  365.jpg,20170530.20170530-2135 Edgemore-367.jpg,20170530.20170530-
  2135 Edgemore-387-Edit.jpg,20170530.20170530-2135 Edgemore-
  423.jpg,20170530.20170530-2135 Edgemore-443.jpg,20170530.20170530-
  2135 Edgemore-455-Edit.jpg,20170530.20170530-2135 Edgemore-479-
  Edit.jpg,

**Published:**   May 2017

- **Individual Photographs:** 20170602.20170602-138 2nd Ave-121-Edit.jpg,20170602.20170602-138 2nd Ave-149-Edit.jpg,20170602.20170602-138 2nd Ave-257-Edit.jpg,20170602.20170602-138 2nd Ave-277-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-311-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-311-Edit.jpg,20170602.20170602-138 2nd Ave-377-Edit.jpg,20170602.20170602-138 2nd Ave-425-Edit-Edit-Edit-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-425-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-447-Edit-Edit.jpg,20170602.20170602-138 2nd Ave-479-Edit.jpg,20170606.20170606-211 Parkside Clr-89-Edit.jpg,20170606.20170606-211 Parkside Clr-95.jpg,20170606.20170606-211 Parkside Clr-103.jpg,20170606.20170606-211 Parkside Clr-109.jpg,20170606.20170606-211 Parkside Clr-115.jpg,20170606.20170606-211 Parkside Clr-125.jpg,20170606.20170606-211 Parkside Clr-137-Edit.jpg,20170606.20170606-211 Parkside Clr-153-Edit.jpg,20170606.20170606-211 Parkside Clr-197.jpg,20170606.20170606-211 Parkside Clr-213-Edit.jpg,20170606.20170606-211 Parkside Clr-225.jpg,20170606.20170606-211 Parkside Clr-241-Edit.jpg,20170606.20170606-211 Parkside Clr-265.jpg,20170606.20170606-211 Parkside Clr-291.jpg,20170606.20170606-211 Parkside Clr-299-Edit.jpg,20170606.20170606-211 Parkside Clr-343-Edit.jpg,20170606.20170606-211 Parkside Clr-375-Edit.jpg,20170606.20170606-211 Parkside Clr-401-Edit.jpg,20170606.20170606-211 Parkside Clr-455-Edit.jpg,20170606.20170606-211 Parkside Clr-503.jpg,20170606.20170606-211 Parkside Clr-525-Edit.jpg,20170606.20170606-211 Parkside Clr-553.jpg,20170606.20170606-211 Parkside Clr-579.jpg,20170606.20170606-211 Parkside Clr-627-Edit.jpg,20170606.20170606-211 Parkside Clr-671.jpg,20170606.20170606-211 Parkside Clr-693.jpg,20170606.20170606-211 Parkside Clr-723.jpg,20170606.20170606-211 Parkside Clr-745.jpg,20170606.20170606-211 Parkside Clr-807-Edit.jpg,20170606.20170606-211 Parkside Clr-849.jpg,20170606.20170606-211 Parkside Clr-883-Edit.jpg,20170606.20170606-211 Parkside Clr-905-Edit.jpg
  **Published:** June 2017

- **Individual Photographs:** 20170606.20170606-211 Parkside Clr-947-Edit.jpg,20170606.20170606-211 Parkside Clr-973.jpg,20170606.20170606-211 Parkside Clr-977.jpg,20170606.20170606-211 Parkside Clr-985.jpg,20170606.20170606-211 Parkside Clr-997.jpg,20170606.20170606-211 Parkside Clr-1005.jpg,20170606.20170606-211 Parkside Clr-1015.jpg,20170606.20170606-211 Parkside Clr-1027.jpg,20170608.20170608-827 Durant Place-80-2-Edit.jpg,20170608.20170608-827 Durant Place-85-3.jpg,20170608.20170608-827 Durant Place-85-Edit.jpg,20170608.20170608-827 Durant Place-92-2.jpg,20170608.20170608-827 Durant Place-109.jpg,20170608.20170608-827 Durant Place-117.jpg,20170608.20170608-827 Durant Place-129.jpg,20170608.20170608-827 Durant Place-140-Edit.jpg,20170608.20170608-827 Durant Place-143.jpg,20170608.20170608-827 Durant Place-147-2-Edit.jpg,20170608.20170608-827 Durant Place-149.jpg,20170608.20170608-827 Durant Place-155.jpg,20170608.20170608-827 Durant Place-159.jpg,20170608.20170608-827 Durant Place-167-Edit.jpg,20170619.20170619-966 Mauldin-14-Edit.jpg,20170619.20170619-966 Mauldin-34-Edit.jpg,20170619.20170619-966 Mauldin-50-Edit.jpg,20170619.20170619-966 Mauldin-64-Edit.jpg,20170619.20170619-966 Mauldin-80-Edit.jpg,20170619.20170619-966 Mauldin-93.jpg,20170619.20170619-966 Mauldin-101-Edit.jpg,20170619.20170619-966 Mauldin-112.jpg,20170619.20170619-966 Mauldin-116-Edit.jpg,20170619.20170619-966 Mauldin-125-Edit.jpg,20170619.20170619-966 Mauldin-141-Edit.jpg,20170619.20170619-966 Mauldin-153-

Edit.jpg,20170619.20170619-966 Mauldin-158.jpg,20170619.20170619-966
Mauldin-162.jpg,20170619.20170619-966 Mauldin-
164.jpg,20170619.20170619-966 Mauldin-166.jpg,20170621.20170621-771
Gresham-2.jpg,20170621.20170621-771 Gresham-6.jpg,20170621.20170621-
771 Gresham-10.jpg,20170621.20170621-771 Gresham-
14.jpg,20170621.20170621-771 Gresham-20.jpg,20170621.20170621-771
Gresham-26.jpg,20170621.20170621-771 Gresham-
56.jpg,20170621.20170621-771 Gresham-60.jpg,20170621.20170621-771
Gresham-70.jpg,

**Published:**        June 2017

- **Individual Photographs:**  20170621.20170621-771 Gresham-86.jpg,20170621.20170621-771 Gresham-
94-Edit.jpg,20170621.20170621-771 Gresham-110.jpg,20170621.20170621-
771 Gresham-118.jpg,20170621.20170621-771 Gresham-
140.jpg,20170621.20170621-771 Gresham-148.jpg,20170621.20170621-771
Gresham-176-Edit.jpg,20170621.20170621-771 Gresham-196-
Edit.jpg,20170621.20170621-771 Gresham-220.jpg,20170621.20170621-771
Gresham-230-Edit.jpg,20170621.20170621-771 Gresham-252-
Edit.jpg,20170621.20170621-771 Gresham-272-Edit.jpg,20170621.20170621-
771 Gresham-292-Edit.jpg,20170621.20170621-771 Gresham-314-Edit-
Edit.jpg,20170621.20170621-771 Gresham-360-Edit.jpg,20170621.20170621-
771 Gresham-390.jpg,20170621.20170621-1070 Eden-
20.jpg,20170621.20170621-1070 Eden-24.jpg,20170621.20170621-1070
Eden-36.jpg,20170621.20170621-1070 Eden-52.jpg,20170621.20170621-1070
Eden-60.jpg,20170621.20170621-1070 Eden-66.jpg,20170621.20170621-1070
Eden-74.jpg,20170621.20170621-1070 Eden-92-Edit.jpg,20170621.20170621-
1070 Eden-140-Edit.jpg,20170621.20170621-1070 Eden-160-
Edit.jpg,20170621.20170621-1070 Eden-190-Edit.jpg,20170621.20170621-
1070 Eden-222.jpg,20170621.20170621-1070 Eden-
248.jpg,20170621.20170621-1070 Eden-270-Edit.jpg,20170621.20170621-
1070 Eden-324-Edit.jpg,20170621.20170621-1070 Eden-350-
Edit.jpg,20170621.20170621-1070 Eden-372-Edit.jpg,20170621.20170621-
1070 Eden-388.jpg,20170621.20170621-1070 Eden-
392.jpg,20170621.20170621-1070 Eden-396.jpg,20170621.20170621-1070
Eden-398.jpg,20170621.20170621-1070 Eden-404.jpg,20170621.20170621-
1070 Eden-406.jpg,20170621.20170621-1070 Eden-
408.jpg,20170621.20170621-1070 Eden-412.jpg,20170621.20170621-1070
Eden-416-Edit.jpg,20170621.20170621-1070 Eden-
420.jpg,20170622.20170622-1200 Hardee St-10.jpg,20170622.20170622-1200
Hardee St-20.jpg,20170622.20170622-1200 Hardee St-
28.jpg,20170622.20170622-1200 Hardee St-38.jpg,20170622.20170622-1200
Hardee St-40.jpg,20170622.20170622-1200 Hardee St-
54.jpg,20170622.20170622-1200 Hardee St-64.jpg,20170622.20170622-1200
Hardee St-76-Edit.jpg

**Published:**        June 2017

- **Individual Photographs:**  20170622.20170622-1200 Hardee St-106-Edit.jpg,20170622.20170622-1200
Hardee St-124.jpg,20170622.20170622-1200 Hardee St-
132.jpg,20170622.20170622-1200 Hardee St-138.jpg,20170622.20170622-
1200 Hardee St-146.jpg,20170622.20170622-1200 Hardee St-
158.jpg,20170622.20170622-1200 Hardee St-170.jpg,20170622.20170622-
1200 Hardee St-206-Edit.jpg,20170622.20170622-1200 Hardee St-230-
Edit.jpg,20170622.20170622-1200 Hardee St-260-
Edit.jpg,20170622.20170622-1200 Hardee St-292-Edit-
Edit.jpg,20170622.20170622-1200 Hardee St-312-
Edit.jpg,20170622.20170622-1200 Hardee St-328.jpg,20170622.20170622-
1200 Hardee St-346-Edit-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-
346-Edit-Edit.jpg,20170622.20170622-1200 Hardee St-346-

Edit.jpg,20170622.20170622-1200 Hardee St-370-Edit-
Edit.jpg,20170622.20170622-1200 Hardee St-388-
Edit.jpg,20170622.20170622-1200 Hardee St-410-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-4-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-22-Edit-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-
30.jpg,20170626.20170626-1136 Ponce de Leon Ave-56-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-68-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-
90.jpg,20170626.20170626-1136 Ponce de Leon Ave-106-Edit-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-
110.jpg,20170626.20170626-1136 Ponce de Leon Ave-
120.jpg,20170626.20170626-1136 Ponce de Leon Ave-
130.jpg,20170626.20170626-1136 Ponce de Leon Ave-
134.jpg,20170626.20170626-1136 Ponce de Leon Ave-150-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-180-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-212-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-224-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-264-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-282-Edit-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-304-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit-Edit-
2.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-330-Edit.jpg

**Published:**   June 2017

- **Individual Photographs:**   20170626.20170626-1136 Ponce de Leon Ave-360-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-400-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-442-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-452-Edit-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-492-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-530-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-
586.jpg,20170626.20170626-1136 Ponce de Leon Ave-604-
Edit.jpg,20170626.20170626-1136 Ponce de Leon Ave-
626.jpg,20170630.20170630-944 Cumberland-6.jpg,20170630.20170630-944
Cumberland-10.jpg,20170630.20170630-944 Cumberland-16-Edit-
Edit.jpg,20170630.20170630-944 Cumberland-20.jpg,20170630.20170630-
944 Cumberland-32.jpg,20170630.20170630-944 Cumberland-
36.jpg,20170630.20170630-944 Cumberland-42-Edit-
Edit.jpg,20170630.20170630-944 Cumberland-42-
Edit.jpg,20170630.20170630-944 Cumberland-66.jpg,20170630.20170630-
944 Cumberland-80-Edit.jpg,20170630.20170630-944 Cumberland-
120.jpg,20170630.20170630-944 Cumberland-134-
Edit.jpg,20170630.20170630-944 Cumberland-164.jpg,20170630.20170630-
944 Cumberland-178-Edit.jpg,20170630.20170630-944 Cumberland-208-
Edit.jpg,20170630.20170630-944 Cumberland-226.jpg,20170630.20170630-
944 Cumberland-244-Edit.jpg,20170630.20170630-944 Cumberland-
268.jpg,20170630.20170630-944 Cumberland-278.jpg,20170630.20170630-
944 Cumberland-294-Edit-Edit.jpg,20170630.20170630-944 Cumberland-330-
Edit.jpg,20170630.20170630-944 Cumberland-378-
Edit.jpg,20170630.20170630-944 Cumberland-398.jpg,20170630.20170630-
944 Cumberland-416.jpg,20170630.20170630-944 Cumberland-428-Edit-Edit-
Edit-2.jpg,20170630.20170630-944 Cumberland-428-Edit-Edit-
Edit.jpg,20170630.20170630-944 Cumberland-462-Edit-Edit-
Edit.jpg,20170630.20170630-944 Cumberland-474-
Edit.jpg,20170630.20170630-944 Cumberland-492-
Edit.jpg,20170630.20170630-944 Cumberland-522-

|  | Edit.jpg,20170630.20170630-944 Cumberland-546-Edit.jpg,20170630.20170630-944 Cumberland-576-Edit.jpg,20170630.20170630-944 Cumberland-602.jpg |
| **Published:** | June 2017 |

- **Individual Photographs:** 20170630.20170630-944 Cumberland-614-Edit-Edit.jpg,20170630.20170630-944 Cumberland-640-Edit.jpg,20170630.20170630-944 Cumberland-690-Edit.jpg,20170630.20170630-944 Cumberland-722-Edit.jpg,20170630.20170630-944 Cumberland-760-Edit.jpg,20170630.20170630-944 Cumberland-784-Edit.jpg,
  **Published:** June 2017

- **Individual Photographs:** 20170705.20170705-719 Mollie St-10-Edit.jpg,20170705.20170705-719 Mollie St-98-Edit.jpg,20170705.20170705-719 Mollie St-130-Edit.jpg,20170705.20170705-719 Mollie St-160-Edit.jpg,20170705.20170705-719 Mollie St-178.jpg,20170705.20170705-719 Mollie St-190.jpg,20170705.20170705-719 Mollie St-194.jpg,20170705.20170705-719 Mollie St-196.jpg,20170705.20170705-719 Mollie St-202.jpg,20170705.20170705-719 Mollie St-212.jpg,20170705.20170705-719 Mollie St-218.jpg,20170705.20170705-719 Mollie St-228.jpg,20170705.20170705-719 Mollie St-232.jpg,20170705.20170705-719 Mollie St-236.jpg,20170705.20170705-719 Mollie St-242.jpg,20170705.20170705-719 Mollie St-262.jpg,20170705.20170705-719 Mollie St-266.jpg,20170705.20170705-719 Mollie St-276-Edit-Edit.jpg,20170705.20170705-719 Mollie St-292-Edit-2-Edit.jpg,20170705.20170705-719 Mollie St-292-Edit-2.jpg,20170705.20170705-719 Mollie St-292-Edit.jpg,20170705.20170705-719 Mollie St-326-Edit-Edit-Edit-Edit.jpg,20170705.20170705-719 Mollie St-342-Edit.jpg,
  **Published:** July 2017

## Completion/Publication

| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | January 24, 2017 |
| **Latest Publication Date in Group:** | July 05, 2017 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Garey C Gomez
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Garey C Gomez
307 Adair Street Apt E9, Decatur, GA, 30030, United States

## Rights and Permissions

| | |
|---|---|
| **Name:** | Garey C Gomez |
| **Email:** | garey@gareygomez.com |
| **Telephone:** | (404)941-4646 |
| **Alt. Phone:** | (609)462-8432 |
| **Address:** | 307 Adair Street Apt E9 |
| | Decatur, GA 30030 United States |

## Certification

| | |
|---|---|
| **Name:** | Garey C Gomez |
| **Date:** | February 26, 2020 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.









Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

January 12, 2022

**VIA EMAIL:  service@lnchome.com**
Changzheng Tan
Homeangel, LLC dba LNC Home
1603 Capitol Avenue
Suite 310 A326
Cheyenne, WY 82001

Re:  **Garey Gomez v. Homeangel, LLC dba LNC Home**
      **Our File:  00649-0027**

Dear Changzheng Tan,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

  (a)  The name of the insurer.
  (b)  The name of each insured.
  (c)  The limits of the liability coverage.
  (d)  A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
  (e)  A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com