UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:22-cv-00184-MW-MAF

GAREY C. GOMEZ,

    Plaintiff,

v.

HOMEANGEL, LLC DBA LNC HOME,

    Defendant.

## MOTION FOR EXTENSION OF TIME

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel, hereby moves this Honorable Court for an extension of time for Defendant's Deadline to Answer Complaint, and as grounds therefore states as follows:

1. Defendant was served with the complaint and summons on May 18, 2022.

2. Defendant's deadline to answer the complaint is on June 8, 2022.

3. Defendant has communicated to undersigned counsel that they have submitted their claim to their insurer to determine coverage.

4. Defendant and its insurance adjuster has requested an extension time to answer the complaint while they search for local counsel to represent the defendant in this action.

5. Good cause exists to extend the deadline because Defendant is currently pro se, needs additional time to determine insurance coverage and retain counsel. This is Defendant's first request for an extension. Moreover, Plaintiff agrees to the requested relief.

WHEREFORE, Plaintiff GAREY C. GOMEZ respectfully requests this Honorable Court to extend Defendant's deadline to answer the complaint up to and including June 22, 2022.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

DATED: May 26, 2022					Respectfully submitted,

					/s/ Layla T. Nguyen
					LAYLA T. NGUYEN
					Florida Bar Number: 1024723
					layla.nguyen@sriplaw.com
					JOEL B. ROTHMAN
					Florida Bar Number: 98220
					joel.rothman@sriplaw.com

					**SRIPLAW, P.A.**
					21301 Powerline Road
					Suite 100
					Boca Raton, FL 33433
					561.404.4350 – Telephone
					561.404.4353 – Facsimile

					*Counsel for Plaintiff Garey C. Gomez*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 26, 2022, a true and correct copy of the foregoing document was served by email and first class mail to all parties listed below on the Service List.

					/s/ Layla T. Nguyen
					Layla T. Nguyen

## SERVICE LIST

Homeangel, LLC dba LNC Home
1603 Capitol Avenue
Suite 310 A326
Cheyenne, WY 82001
service@lnchome.com
Pro Se