# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GAREY C. GOMEZ,**

    *Plaintiff*,

v.                                         Case No. 4:22cv184-MW/MAF

**HOMEANGEL, LLC d/b/a
LNC HOME,**

    *Defendant.*

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Plaintiff's unopposed motion for extension of time for Defendant's deadline to answer the complaint, ECF No. 8. The motion is **GRANTED**. Defendant shall file a responsive pleading **on or before June 22, 2022**.

**SO ORDERED on May 26, 2022.**

                                                          **s/Mark E. Walker**
                                                          **Chief United States District Judge**